### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CASE NO: 1:03-CR-18** |
| **vs.** | ) |
| | ) |
| **JACK LEWIS,** | ) **JUDGE SPIEGEL** |
| | ) **MAGISTRATE JUDGE LITKOVITZ** |
| **SSN: XXX-XX-0521** | ) |
| **Defendant,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **RELIABLE CASTING CORP.,** | ) |
| | ) |
| **Garnishee.** | ) |

### ORDER QUASHING THE
### WRIT OF CONTINUING GARNISHMENT

Upon Plaintiff's Motion to Quash Writ of Continuing Garnishment and pursuant to the provisions of 28 U.S.C. §3205(c)(10), and for good cause showing that the Defendant is no longer employed by the Garnishee,

**IT IS HEREBY ORDERED** that the July 13, 2010 Writ of Continuing Garnishment against the property of Jack Lewis be quashed.

Date: _5/16/14_

_Karen L. Litkovitz_
KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE